IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VICTOR L. WESS, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | No. 3:19-cv-2774-X (BT) |
| § | |
| N. COLADER, ET AL., § | |
| § | |
| *Defendants.* § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SIGNED this 12th day of August 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE